UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALONZO A. VELASQUEZ,<br>    Plaintiff,<br>v.<br>STANFORD HOSPITAL AND CLINICS,<br>    Defendant. | Case No.18-cv-03227-EJD   (VKD)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO SE PROGRAM FOR IDENTIFICATION OF COUNSEL FOR SETTLEMENT CONFERENCE** |

This matter has been referred to the undersigned for a settlement conference scheduled for May 24, 2019. Dkt. No. 37. The Court understands that Mr. Velasquez is not currently represented by counsel, and his application to proceed *in forma pauperis* indicates that he does not have the resources to retain counsel. Dkt. No. 12. The Court held a status conference on March 1, 2019 to obtain the parties' views regarding the Court's intention to appoint *pro bono* counsel to represent Mr. Velasquez for purposes of the settlement conference. Dkt. No. 40. Mr. Velasquez did not appear for the conference; defendant Stanford Hospital and Clinics appeared and indicated it has no objection to the appointment.

As it appears that Mr. Velasquez is in need of counsel, and that the interests of justice would be served by such appointment, the Court orders as follows:

1. The Court refers Mr. Velasquez to the Federal Pro Se Program ("Program") for identification of *pro bono* counsel. The scope of this referral is for the limited purpose of appointing counsel to represent Mr. Velasquez with respect to the following: (a) settlement conference, and (b) if a settlement is reached, documenting the terms of the settlement agreement and assisting with related court filings.

2. The Program shall endeavor to identify suitable *pro bono* counsel no later than

**March 29, 2019**.

3. Once counsel has been identified, the Program shall notify the clerk and shall inform Judge DeMarchi by email. If the Program is unable to identify *pro bono* counsel by March 29, 2019, the Program shall so inform Judge DeMarchi.

4. Upon being notified by the Program that an attorney has been identified to serve as *pro bono* counsel for Mr. Velasquez, that attorney shall be appointed as counsel for Mr. Velasquez in this matter for the scope of representation described above. The Court shall issue an order relieving *pro bono* counsel from representation of Mr. Velasquez once the purposes of the limited scope representation have been fulfilled.

If Mr. Velasquez has already obtained counsel or otherwise objects to appointment of *pro bono* counsel for the limited purpose described above, he must file a notice so advising the Court by **March 15, 2019**.

**IT IS SO ORDERED.**

Dated: March 1, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge